```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION

HOWARD ROUX,

                  Petitioner,

-vs-                              Case No.  2:07-cv-236-FtM-29SPC
                                  Case No.  2:06-cr-28-FTM-29SPC
                                  Case No.  2:05-cr-103-FTM-29DNF
UNITED STATES OF AMERICA,

                  Respondent.
_____
```

**OPINION AND ORDER**

This matter comes before the Court on petitioner's Request for Certificate of Appealability (Doc. #13) filed on August 13, 2008, from which a Notice of Appeal (Doc. #14) was construed and filed bearing a date of August 11, 2008.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues.  The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the

petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

On June 16, 2008, the Court entered an Opinion and Order (Doc. #11) denying petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, and to Correct, Sentence By a Person in Federal Custody on the merits.  A Judgment (Doc. #12) was entered on June 17, 2008.  Upon review, the Court finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong.  Therefore, the certificate of appealability will be denied.

Accordingly, it is now

**ORDERED**:

Petitioner's Request for Certificate of Appealability (Doc. #13) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of August, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303